IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT C., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSBURY SCHOOL DISTRICT, | : | |
| Defendant. | : | No. 24-06340-PAC |

## ORDER

**AND NOW,** this 2nd day of September, 2025, upon consideration of Defendant Pennsbury School District's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 56), Plaintiff Vincent C.'s Brief in Opposition (Doc. No. 58), and Defendant's Reply Brief (Doc. No. 60), it is hereby **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** that the Amended Complaint (Doc. No. 55) is **DISMISSED WITH PREJUDICE.** The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
U.S. Magistrate Judge